AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 1 9 2017

David J. Bradley, Clerk

United States of America
v.
Juan Jose Villarreal
YOB:1989   Citizenship: U.S.

*Defendant(s)*

Case No. M-17-0115-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 18, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute Methamphetamine |
| 21 U.S.C. § 952 | Illegal importation of Methamphetamine |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Complainant's signature

Christopher Villarreal, HSI Special Agent
*Printed name and title*

Approved:
Sworn to before me and signed in my presence.

Date: 1/19/2017   8:46 a.m.

Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

# ATTACHMENT "A"

On January 18, 2017, a Ford Mustang driven by Juan Jose VILLARREAL attempted to make entry into the United States (U.S.) from Mexico via the Hidalgo, Texas Port of Entry (POE) thru the primary inspection station. At the primary inspection area, Customs and Border Protection Officer (CBPO) J. Garza received a negative declaration for weapons, medications, narcotics and currency from VILLARREAL. CBPO Garza observed VILLARREAL's hand shaking in a nervous manner while answering questions. VILLARREAL's vehicle was selected for post primary inspection at random by a computer based targeting system. Based upon the computer generated selection and his observations, CBPO J. Garza directed VILLARREAL towards the secondary inspection area manned by CBPO J. Gaytan.

At the secondary inspection area, CBPO Gaytan conducted an inspection of the vehicle and discovered sixty bottles of a liquid substance labeled as tea. Upon discovering the bottles of "tea", CBPO Gaytan opened a bottle to inspect the liquid contents. Upon opening the lid of the bottle, CBPO Gaytan noticed vinegar like smell indicative of methamphetamine. Based upon his observations, CBPO Gaytan conducted a field test of the contents of the bottles of tea. The field test of the liquid yielded positive results for characteristics of methamphetamine. During the secondary inspection, VILLARREAL stated the bottles of tea were given to him by a friend in Mexico.

The 60 bottles containing liquid methamphetamine weighed approximately 45 kilograms.

Homeland Security Investigations (HSI) Special Agents (SAs) were advised of the possible narcotics smuggling attempt. HSI SAs responded to the Hidalgo, Texas Port of Entry to initiate an investigation into the discovery of the narcotics. Based upon the facts of the initial investigation, HSI SAs interviewed VILLARREAL regarding his role in the narcotic smuggling attempt.

VILLARREAL was read his Miranda rights in the English language. After acknowledging understanding of his Miranda Rights, VILLARREAL waived his rights in writing and elected to speak to HSI SAs. VILLARREAL claimed he was going to be paid up to $1,000 to drive into Mexico to pick up "juice" and bring it into the U.S. VILLARREAL believed something was suspicious about being paid so much money to bring bottles of tea into the US from Mexico. VILLARREAL considered alerting CBPOs to the possibility that the contents might not be tea but ultimately decided against it. When asked why he did not disclose the fact that he was going to be paid up to $1,000 to bring in 60 bottles of "tea" while being inspected for admission into the U.S., VILLARREAL did not provide an answer. VILLARREAL acknowledged the thought in the back of his mind that the "juice" could be drugs. VILLARREAL is unemployed and in desperate need of money so he agreed to cross the "juice" even though he knew the offer was too good to be true.

Based upon the facts of the initial investigation, HSI McAllen placed VILLARREAL under arrest pursuant to the ongoing investigation into the violation of Title 21 United States Code 841 and Title 21 United States Code 952.